SHAWN HANSON (SBN 109321)
shanson@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA  94104
Telephone:     415/765-9500
Facsimile:     415/765-9501

Attorney for Defendants Standard Insurance Company and Pacific Life Insurance Company Long Term Disability Plan

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM F. WHALEN,<br><br>            Plaintiff,<br><br>      v.<br><br>STANDARD INSURANCE COMPANY; PACIFIC LIFE INSURANCE COMPANY LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No. SACV 10-0795 DOC (MLGx)<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

The Court has reviewed the Stipulation of Dismissal filed jointly by Plaintiff William F. Whalen and Defendants Standard Insurance Company and Pacific Life Insurance Company Long Term Disability Plan, and, based on that Stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice.

It is so ORDERED.

Dated: <u>September 23, 2010</u>

*David O. Carter*
The Honorable David O. Carter
United States District Judge